UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER ERIC GANDEZA,<br><br>    Plaintiff,<br><br>vs.<br><br>THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>    Defendants. | CASE NO. CV13-0818 SC<br><br>Honorable Samuel Conti<br><br>~~PROPOSED~~ **ORDER REGARDING DEFENDANTS' THE BRACHFELD LAW GROUP, P.C. AND ERICA LYNN BRACHFELD'S SUBSTITUTION OF ATTORNEY**<br><br>Trial Date:    None Set |

The Court hereby orders that the request of Defendants ERICA L. BRACHFELD and THE BRACHFELD LAW GROUP, P.C. to substitute Erica L. Brachfeld of The Brachfeld Law Group, P.C. instead of Stephen H. Turner and Larissa G. Nefulda of Lewis Brisbois Bisgaard & Smith LLP is hereby GRANTED.

DATED: _____July 9_____, 2013

_____
Honorable Samuel Conti
United States District Court