Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CHRISTOPHER ERIC GANDEZA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER ERIC GANDEZA,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, a California corporation; and ERICA LYNN BRACHFELD, individually and in her official capacity,<br><br>　　　　　　　　Defendants. | Case No. 3:13-CV-00818-SC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CHRISTOPHER ERIC GANDEZA, and Defendants, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, and ERICA LYNN BRACHFELD, stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CHRISTOPHER ERIC GANDEZA, against Defendants, THE BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION, and ERICA LYNN BRACHFELD, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

---

| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

Dated: February 21, 2014          /s/ Fred W. Schwinn
                                  Fred W. Schwinn, Esq.
                                  Attorney for Plaintiff
                                  CHRISTOPHER ERIC GANDEZA

Dated: February 21, 2014          /s/ Erica L. Brachfeld
                                  Erica L. Brachfeld, Esq.
                                  Attorney for Defendants
                                  THE BRACHFELD LAW GROUP, A
                                  PROFESSIONAL CORPORATION,
                                  and ERICA LYNN BRACHFELD

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 02/24/2014

*[Signature of Judge Samuel Conti, United States District Court, Northern District of California seal]*

- 2 -

STIPULATION OF DISMISSAL AND ORDER                    Case No. 3:13-CV-00818-SC